UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-1374

IN RE: FRUEHAUF TRAILER CORPORATION,
Debtor

PENSION TRANSFER CORP.

v.

BENEFICIARIES UNDER THE THIRD AMENDMENT TO FRAUHAUF TRAILER
CORPORATION RETIREMENT PLAN NO. 003;
FRUEHAUF TRAILER CORPORATION RETIREMENT PLAN, PLAN NO. 003

Beneficiaries Under The Third Amendment to
Fruehauf Trailer Corporation Retirement Plan
No. 003, and Steven F. Hollrah and Steve
Havens, as Class Representatives,

Appellants

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 99-cv-00115)
District Judge: Honorable Joseph J. Farnan, Jr.

Argued January 9, 2006

Before: BARRY and AMBRO, <u>Circuit Judges,</u>
and DEBEVOISE, <u>District Judge</u>*

---

* Honorable Dickinson R. Debevoise, Senior District Court Judge for the District of New Jersey, sitting by designation.

## JUDGMENT

This cause came on to be heard on the record before the United States District Court for the District of Delaware and was argued on January 9, 2006.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated January 10, 2005, is hereby affirmed. Costs taxed against appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: April 12, 2006

Costs taxed in favor of Appellee as follows:
    Appellee's Brief ..........................$150.40
    TOTAL ........................................$150.40

**Certified as a true copy and issued in lieu of a formal mandate on 5/4/06.**

Teste: *[signature]*

**Chief Deputy Clerk, Court of Appeals for the Third Circuit**