OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 7, 2008

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Edward M. McNally, Esq.
Morris James, LLP
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899

Bayard J. Snyder, Esq.
Snyder & Associates, P.A.
300 Delaware Avenue, Suite 1014
P.O. Box 90
Wilmington, DE 19899

RE: Pension Transfer Corp. v. Fruehauf Trailer Corp. Retirement Plan, Plan No. 003, et al.
C.A. 99-115 JJF

Dear Counsel:

The Clerks office is returning and/or disposing of exhibits located in its storage area in accordance with the Court's Local Rule 79.1 (b)(2). We presently possess trial exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

Please advise me no later than **September 8, 2008** whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

Very truly yours,
Peter T. Dalleo, Clerk

Nicole M. Selmyer
Courtroom Deputy